UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| **GENE POULIOT** : | |
| and **JOY POULIOT,** : | |
| Plaintiffs : | |
| : | |
| v. : | File No. 1:04-CV-300 |
| : | |
| **MMG INSURANCE COMPANY,** : | |
| Defendant : | |

**ORDER OF DISMISSAL**

The Court having been advised by plaintiffs' counsel that the above-entitled action has been settled,

IT IS ORDERED THAT this action is hereby dismissed without costs, with the right to petition to reopen the action, upon good cause shown within 60 days, if settlement is not consummated.

IT IS FURTHER ORDERED that the Clerk of Court serve copies of this order electronically, or by United States mail or facsimile, upon attorneys of record for the parties appearing in this case.

Dated at Brattleboro, in the District of Vermont, this 6th day of January, 2006.

/s/ J. Garvan Murtha
J. Garvan Murtha
United States District Judge